UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE CONTINENTAL PILOTS RETIREMENT PLAN ADMINISTRATIVE COMMITTEE, *et al.*, | § § § § § | |
| *Plaintiffs*, | § | |
| v. | § | CIVIL ACTION H-09-1529 |
| GLENN BROWN, *et al.*, | § § § | |
| *Defendants*. | § | |

### ORDER

The joint motion to consolidate (Dkt. 46) is GRANTED. It is therefore ORDERED that this case be consolidated into the earlier-filed related case of Brown v. Continental Airlines, Inc., C.A. H 09-1148. All other and further relief is hereby DENIED.

Signed at Houston, Texas on September 16, 2009.

_____
Gray H. Miller
United States District Judge

TO ENSURE PROPER NOTICE, EACH PARTY RECEIVING THIS ORDER SHALL
FORWARD IT TO EVERY OTHER PARTY AND AFFECTED NONPARTY