UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GLENN BROWN, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-09-1148 |
| | § | CONSOLIDATED |
| CONTINENTAL AIRLINES, INC., | § | |
| | § | |
| *Defendant*. | § | |

### ORDER

The stipulation of dismissal (Dkt. 21) is GRANTED. It is therefore ORDERED that plaintiffs, The Continental Pilots Retirement Plan Administrative Committee and Continental Airlines, Inc.'s claims against defendants Robert Pflibsen and Sherri Pflibsen are DISMISSED with prejudice. Each party shall bear its own costs.

Signed at Houston, Texas on October 19, 2009.

_____
Gray H. Miller
United States District Judge

TO ENSURE PROPER NOTICE, EACH PARTY RECEIVING THIS ORDER SHALL
FORWARD IT TO EVERY OTHER PARTY AND AFFECTED NONPARTY