UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GLENN BROWN & BETSY BROWN,<br>*Plaintiffs*,<br><br>v.<br><br>CONTINENTAL AIRLINES, INC,<br>*Defendant*. | § § § § § § § § | CIVIL ACTION H-09-1148<br>LEAD CASE |
| THE CONTINENTAL PILOTS RETIREMENT ADMINISTRATIVE COMMITTEE, *et al*,<br>*Plaintiffs*,<br><br>v.<br><br>GLENN BROWN, *et al.*,<br>*Defendants*. | § § § § § § § § § § | CIVIL ACTION H-09-1529<br>MEMBER CASE |

## ORDER

Defendants' unopposed motion to extend the deadline to file a motion for attorney's fees with respect to the claims dismissed by the Court (Dkt. 37) is GRANTED. It is therefore ORDERED that the deadline for defendants to submit a motion for attorney's fees with respect to the first, second, third and fourth claims asserted by Continental Airlines, Inc. and The Continental Pilots Retirement Plan Administrative Committee is extended until fourteen days following the entry of final judgment on all claims in *Brown v Continental Airlines, Inc.*, Civil Action H-09-1148.

Signed at Houston, Texas on January 7, 2010.

_____
Gray H. Miller
United States District Judge