UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GLENN BROWN AND<br>BETSY BROWN<br>    *Plaintiffs*,<br><br>**v.**<br><br>CONTINENTAL AIRLINES, INC.<br>    *Defendants.* | § § § § § § § § § § | CIVIL ACTION H-09-1148 |
| THE CONTINENTAL PILOTS RETIREMENT<br>PLAN ADMINISTRATIVE COMMITTEE, *et al*,<br>    *Plaintiffs*,<br><br>**v.**<br><br>GLENN BROWN, *et al.*,<br>    *Defendants.* | § § § § § § § § § § | (Member Case H-09-1529) |

## **AGREED TAKE NOTHING JUDGMENT OF DISMISSAL WITH PREJUDICE**

Having considered the Joint Stipulation of Dismissal With Prejudice filed by Defendants and Counter-Plaintiffs Glenn Brown, Betsy Brown, Cindy Ernst, James Ernst, Eddie Lindsey, Delores N. Lindsey, Christine Lockert, James Lockert, Douglas Schull, Marjorie Schull, James Vial, and Brenda M. Vial, and Plaintiffs and Counter-Defendants Continental Airlines, Inc. and the Continental Pilots Retirement Plan Administrative Committee, in which the parties have agreed to the entry of this Judgment, it is therefore ORDERED that

This action shall be and is hereby DISMISSED WITH PREJUDICE as to all causes of action between the foregoing named parties, each such party to bear its own costs.

This is a FINAL TAKE NOTHING JUDGMENT of dismissal of this action in its entirety as to all parties.

Signed at Houston, Texas on March 9, 2012.

_____
Gray H. Miller
United States District Judge